JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REBECCA RAMOS, | ) | Case No. CV 08-1890 DSF (JTLx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGMENT OF DISMISSAL |
| | ) | |
| McMASTER-CARR, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

  On June 18, 2008, this Court issued its Order to Show Cause re Dismissal for Plaintiff's failure to comply with this Court's order dated March 24, 2008, and the Federal Rules of Civil Procedure. The June 18 Order afforded Plaintiff the opportunity to show cause why the action should not be dismissed simply by filing a Joint Rule 26(f) Report and attending (through counsel) the Order to Show Cause hearing. The Order warned that the action would be dismissed if no response was filed. Nevertheless, Plaintiff did neither. Moreover, counsel for defendant represented that numerous efforts to contact Plaintiff's counsel had been unsuccessful.

Plaintiff not having shown cause why the action should not be dismissed,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the action be dismissed without prejudice, and that Defendants recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

DATED: July 8, 2008

_____
DALE S. FISCHER
United States District Judge